UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No.: 21-CV-251 JLS (RBB)<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF GOLDBERG SEGALLA LLP FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**<br><br>(ECF No. 14) |

Presently before the Court is Defendant Philadelphia Indemnity Insurance Company's ("PIIC") Notice of Withdrawal of Goldberg Segalla LLP for Defendant Philadelphia Indemnity Insurance Company ("Mot.," ECF No. 14), which the Court construes as a motion to terminate Goldberg Segalla LLP and Albert K. Alikin as PIIC's counsel of record in the above-captioned matter. PIIC notes that "[a]t least one member of Foran Glennon Palandech Ponzi & Rudloff PC firm, and at least one member of the Bar of this Court, will continue to serve as counsel of record for [PIIC]." *Id.* at 2.

/ / /

/ / /

/ / /

Good cause appearing, the Court **GRANTS** the Motion. The Clerk of the Court **SHALL TERMINATE** Goldberg Segalla LLP and attorney Albert K. Alikin as counsel of record for PIIC.

**IT IS SO ORDERED.**

Dated: April 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge