# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No.: 21-CV-251 JLS (RBB)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF ATTORNEY**<br><br>(ECF Nos. 19, 20) |

Presently before the Court is Defendant Philadelphia Indemnity Insurance Company's ("PIIC") Motion for Substitution of Attorney ("Mot.," ECF Nos. 19, 20).[1] PIIC seeks to substitute Negar Azarfar, State Bar No. 267627, of Clyde & Co., for its former counsel, Dianne J. Meconis, State Bar No. 120895, of Foran Glennon Palandech Ponzi & Rudloff PC. *Id.* at 1–2.

/ / /

/ / /

---

[1] Although styled a "Joint Motion," it does not appear that Plaintiff Sentry Select Insurance Company signed the Motion. The two documents submitted also appear substantively identical except for the inclusion of a proposed order with the earlier filed document.

Good cause appearing, the Court **GRANTS** the Motion. The Clerk of the Court **SHALL TERMINATE** Dianne J. Meconis as counsel of record for PIIC and **SHALL SUBSTITUTE** Negar Azarfar as counsel of record for PIIC in her stead.

**IT IS SO ORDERED.**

Dated: June 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge